IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:22-CR-213-P |
| DAVID DEVANEY, JR. (02) | |

NOTICE OF APPEARANCE

I, Brian D. Poe, hereby enter my appearance as an attorney of record in this matter. I am lead counsel in the state matter associated with this case, and I will be assisting CJA attorney Matt Smid with this matter on a pro bono basis. I request that I be notified of any and all settings in the above styled case, and receive all filings made in this matter.

Respectfully submitted,

*/s/ Brian D. Poe*
BRIAN D. POE
Texas Bar No. 24056908
The Bryce Building
909 Throckmorton Street
Fort Worth, Texas 76102
Telephone:   817-870-2022
Facsimile:   817-977-6501
Email:       bpoe@bpoelaw.com

**Notice of Appearance - Page 1 of 2**

CERTIFICATE OF SERVICE

      I certify that on August 8, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys who have consented in writing to accept this Notice as service of this document.

      */s/ Brian D. Poe*
BRIAN D. POE